UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAUFER GROUP INTERNATIONAL, LTD.,

                              **Plaintiff,**                  24-CV-7855 (ALC) (VF)

       -against-                                      **ORDER**

PINNACLE CLOTHING INC.,

                              **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference to address the letter motion at ECF No. 17 is hereby scheduled for **Monday, June 23, 2025, at 3 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Defendants are directed to respond to Plaintiff's letter motion by **Wednesday, June 18, 2025**.

                **SO ORDERED.**

DATED:    New York, New York
                June 16, 2025

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025