UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUFER GROUP INTERNATIONAL, LTD. </br></br> Plaintiff, </br></br> v. </br></br> PINNACLE CLOTHING INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case Number: 1:24-cv-07855-ALC-VF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION TO STAY THE LITIGATION**

COMES NOW the plaintiff, Laufer Group International, Ltd. ("Laufer"), and the defendant, Pinnacle Clothing, Inc. ("Pinnacle") by and through their respective counsel, and hereby request that this Court stay all deadlines set forth in the initial Case Management Plan and the joint status report that was filed by the parties on July 10, 2025 and endorsed by the Court on July 11, 2025.

The parties have reached a settlement of all issues that are the subject of this litigation. In order to allow the parties the time required to fulfill their obligations under the terms of their settlement agreement, the parties believe that it would be in the interest of judicial economy to stay all deadlines in the litigation. The parties will file a final order with the Court once the matter has been finalized.

WHEREFORE, the plaintiff, Laufer Group International, Ltd. ("Laufer"), and the defendant, Pinnacle Clothing, Inc. ("Pinnacle") by and through their respective counsel, request that this Court stay all deadlines in this litigation, and for such further and additional relief as this Court deems just and proper.

1

Attorneys for Plaintiff:

/s/ Michael J. Smith
Brendan Collins
Attorney Bar Code 5544929
Michael J. Smith (admitted *pro hac vice*)
GKG LAW, P.C.
1055 Thomas Jefferson St. NW
Suite 620
Washington, DC 20007
Telephone: 202-342-5235
Facsimile: 202-342-5219


Attorney for Defendant:

/s/ Giuseppe Franzella
Giuseppe Franzella
Bond, Schoeneck & King PLLC
68 South Service Road
Suite 400
Melville, NY 11747
(631) 761-0814
gfranzella@bsk.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2025

The request for stay of litigation is hereby GRANTED. The parties are directed to file a joint status update by **October 31, 2025** if the settlement has not been finalized before this date. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 25.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of September, 2025, a true copy of the foregoing was sent via the Court's electronic filing system to all counsel of record in this matter.

        /s/ Michael J. Smith
        Brendan Collins
        Attorney Bar Code: 5544929
        Michael J. Smith (admitted PHV)
        GKG LAW, P.C.
        1055 Thomas Jefferson Street, NW; Suite 620
        Washington, DC  20007
        Telephone: 202-342-6793
        Facsimile:  202-342-5299
        Email: bcollins@gkglaw.com
        msmith@gkglaw.com
        *Attorneys for Laufer Group International, Ltd*