**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**LAUFER GROUP INTERNATIONAL, LTD.,**

**Plaintiff,**

**-against-**

**PINNACLE CLOTHING INC.,**

**Defendant.**

**-----------------------------------------------------------------X**

**24-CV-7855 (ALC) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held today, August 3, 2026, the parties are directed to file a status update on settlement by **<u>September 15, 2026</u>** if a stipulation of dismissal is not filed before that date.

**SO ORDERED.**

DATED: New York, New York
August 3, 2026

VALERIE FIGUEREDO
United States Magistrate Judge