**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LAUFER GROUP INTERNATIONAL LTD., Plaintiff,** | : | **1:24-cv-07855 (ALC) (VF)** |
| **-against-** | : | **ORDER TERMINATING CASE** |
| **PINNACLE CLOTHING INC., Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties have indicated that they have stipulated to the dismissal of this matter. ECF No. 37. Based upon that Stipulation, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** October 7, 2026
**New York, New York**

ANDREW L. CARTER, JR.
United States District Judge